THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE LEE CHALK, Defendant-Appellant.

(No. 74-224;

Third District—January 31, 1975.

88

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Michael Mihm, State's Attorney, of Peoria, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plantiff-Appellee, *v.* JOHN THOMAS, Defendant-Appellant.

(No. 73-15;

Third District—January 31, 1975.